UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VASHAWON MONCREASE,

Plaintiff,

v.

ROB ST. ANDRE,

Defendant.

Case No. 26-cv-02709-JCS

**ORDER OF TRANSFER**

In this federal habeas action, petitioner, who is housed at the High Desert State Prison in Susanville, California, in Lassen County.  Because he challenges a conviction and sentence he received in San Joaquin County, this action is TRANSFERRED to the Eastern District of California, where San Joaquin and Lassen Counties are located.  28 U.S.C. §§ 84(b), 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: April 7, 2026

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California