UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VASHAWON MONCREASE,

Petitioner,

v.

ROB ST. ANDRE, Warden,

Respondent.

No.  2:26-cv-1525 CSK P

ORDER AND FINDINGS AND
RECOMMENDATIONS

Petitioner filed this petition for writ of habeas corpus in the Northern District of California.  (ECF No. 1.)  On April 3, 2026, petitioner was directed to file a completed application to proceed in forma pauperis or pay the court's filing fee within 28 days and was warned that failure to do so would result in the dismissal of this action.  (ECF No. 2 at 1.)  On April 13, 2026, this action was transferred to the Eastern District of California.  (ECF No. 5.)  The 28 day period has now expired, and petitioner has not responded and has not filed an application to proceed in forma pauperis or paid the court's filing fee.

In recommending this action be dismissed for failure to prosecute, the Court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives."  Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot

1

move forward without petitioner's participation, the Court finds the factors weigh in favor of dismissal.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 13, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/monc1525.fifp.hab

2